# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 69273-9-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT GORDON SHAVER, JR., | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: April 13, 2015 |

PER CURIAM — Robert Shaver appeals his convictions for stalking, burglary, unlawful imprisonment, assault, and violations of a court order. He contends his right to a public trial was violated when the court took peremptory challenges in writing and later filed the written challenges in the record. We stayed the appeal pending State v. Slert, 181 Wn.2d 598, 334 P.3d 1088 (2014) (plurality opinion). We now lift the stay and affirm based on our recent decision in State v. Filitaula, ___ Wn. App. ___, 339 P.3d 221, 222 (2014) (exercise of challenges for cause in writing did not constitute a courtroom closure and did not implicate public trial right where form containing written challenges was filed in court record); see also State v. Dunn, 180 Wn. App. 570, 575, 321 P.3d 1283 (2014), review denied, 181 Wn. 2d 1030, 340 P.3d 223 (2015); State v. Love, 176 Wn. App. 911, 920, 309 P.3d 1209 (2013), review granted, 181 Wn.2d 1029, 340 P.3d 228 (2015).

We lift the stay and affirm.

FOR THE COURT:

_____

_____
Becker, J.

_____
Leach, J.